### FORTSON *v.* THE STATE.

SIMMONS, C. J. No error of law was complained of, and the evidence warranted the verdict. The trial judge, therefore, did not abuse his discretion in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted October 15, — Decided October 26, 1900.

Indictment for burglary. Before Judge Henry. Floyd superior court. May 18, 1900.

*Henry Walker* and *J. S. Crawford*, for plaintiff in error.
*Moses Wright*, solicitor-general, contra.